# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **VALOR TECHNICAL CLEANING, LLC,** | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. |
| **ANDREW VICK, TRUCARE BIOCLEAN LLC, COLTON VICK, GARRETT VICK, AND BRIAN HEGERT.** | § § § § | |
| Defendants. | § § | |

### DECLARATION OF ALBERT ARMENDARIZ

I, Albert Armendariz, declare and state as follows:

1. I am a Market Sales Representative-Texas at Valor (Valor"), over the age of 18, and a resident of Texas. I have personal knowledge of the following facts and could testify competently to them if called to do so. The facts set forth herein are personally known to me and, unless otherwise noted, are based on my own firsthand knowledge and/or observation. I am making this Declaration in Support of Valor's Complaint (ECF No. 1).

**February 12, 2026**

2. On February 12, 2026, a trusted referral source (the "Referral Source") contacted Valor to request biohazard remediation cleaning services after a family member's death. The Referral Source has referred many cleaning jobs to Valor in the past, but on February 12, 2026, she was calling her personal capacity.

**February 13, 2026**

3. On February 13, 2026, I received a phone call from the Referral Source at approximately 10:04 AM CT.

4.      On this call, the Referral Source relayed to me the events of the previous day, February 12, 2026.  When a technician eventually arrived to her location, because the Referral Source had only contacted Valor for the Bandera Job, she had no reason to suspect the technician on site was not from Valor.

5.      After the technician left her home for the day, the Referral Source reviewed the contract she signed again more closely.  She then noticed that the company listed on the document was "TruCare BioClean," not Valor.

6.      On February 13, 2026, the Referral Source sent me a copy of the contract she signed with TruCare.

7.      After my call with the Referral Source on February 13, 2026, the Referral Source called me back and arranged a three-way conference call between me, herself, and a representative from TruCare BioClean who identified himself as "Andrew."  While on the three-way call, I asked the TruCare representative how the Valor technician was diverted from the Bandera Job and how TruCare, who had never been contacted by the Referral Source, had learned about the job and arrived at the location.  The representative said that his company was "investigating" and would "rectify the situation."

8.      After this conference call, I relayed all the information I received from the Referral Source and during this call with the Referral Source and TruCare representative to my Regional Sales Manager for Texas, Chris Crandell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in *New Braunfels*, Texas, on March 4, 2026.

_____
Albert Armendariz