# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **VALOR TECHNICAL CLEANING, LLC,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. |
| | § | |
| **ANDREW VICK, TRUCARE BIOCLEAN** | § | |
| **LLC, COLTON VICK, GARRETT VICK,** | § | |
| **AND BRIAN HEGERT.** | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF ANTWONE ORTIZ

I, Antwone Ortiz, declare and state as follows:

1.      I am a Technician at Valor Technical Cleaning, LLC ("Valor"), over the age of 18, and a resident of Texas.  I have personal knowledge of the following facts and could testify competently to them if called to do so.  The facts set forth herein are personally known to me and, unless otherwise noted, are based on my own firsthand knowledge and/or observation.  I am making this Declaration in Support of Valor's Complaint (ECF No. 1).

**Technician Role and Responsibilities**

2.      As a Technician at Valor, I am responsible for removing and cleaning up biohazardous material and sanitizing environments contaminated with such material.  As a Valor Technician, I clean the aftermath of unattended deaths, suicides, traumatic accidents, and crime scenes.  In addition to my cleaning responsibilities, I also serve as the on-the-ground contact with the individual that has requested Valor's services.  This entails communicating with these individuals about Valor's availability, what services are necessary to clean their property, and how long the cleaning of their property is expected to take, among other topics.  I have worked at Valor for approximately six to seven months.

**February 12, 2026**

3. I was the technician assigned to the biohazard cleaning job in Bandera, Texas (the "Bandera Job") on February 12, 2026. I was assigned to the job by Brian Hegert, a former Director of Operations for Valor.

4. After being assigned to the Bandera Job, I began heading to the property in Bandera from my home in San Antonio, Texas. At approximately 3:28 p.m. CT, I called the referral source (the "Referral Source") that contacted Valor to request cleaning services in connection with the Bandera Job. On the call, I let her know I was approximately ninety minutes away from her property.

5. While on my way to the Referral Source's property, I received a call from a woman at a number listed as 210-382-3748 at approximately 3:59 p.m.CT. The woman identified herself as a friend of the Referral Source. She told me that the Referral Source wanted to reschedule the cleaning scheduled for February 12, 2026 for the next day, February 13, 2026. After receiving this call, I believed the Bandera Job to be rescheduled and turned around to drive home to San Antonio.

6. To date, I am unaware of how the woman calling from 210-382-3748 obtained my phone number. I tried to call this number back and it appeared that my number was blocked. When I called from my wife's phone, her call went through.

**February 13, 2026**

7. On February 13, 2026, at approximately 9:32 a.m. CT, I called the Referral Source to reschedule the cleaning services at her property, as discussed with the woman who called me from the 210-382-3748. The Referral Source did not answer, but called me back a few minutes later at approximately 9:35 a.m. CT.

-2-

8.   When I got on the phone with the Referral Source, she told me that a Valor technician was already cleaning her property. I was confused by this, because I was the only Valor technician assigned to clean her property. I am not aware of another Valor technician that was assigned to the Bandera Job.

9.   The Referral Source also told me that she did not call me to reschedule her cleaning appointment or have someone call to reschedule the cleaning appointment on her behalf. After speaking with the Referral Source, I began driving to the Bandera Job property.

10.   When I arrived at the property, the biohazardous material had already been partially cleaned up and the other technician that had started to clean the Bandera Job property had already left the property.

11.   I took over cleaning the Bandera Job property after the other technician had left. Valor completed cleaning the property, as the Referral Source originally requested, on February 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Converse , Bexar County, on March 4 , 2026.

_Antwane Ortiz_ (signature)

Antwone Ortiz

-3-